Albert E. COHEN, Trading as Stewart's Jewelry Shop, v. GLOBE INDEMNITY COMPANY.

Nos. 8064, 8066.

Circuit Court of Appeals, Third Circuit.

Argued Oct. 20, 1942.

Decided Oct. 31, 1942.

T. Henry Walnut, of Philadelphia, Pa., for Stewart's Jewelry Shop.

Harry R. Axelroth, of Philadelphia, Pa. (Axelroth & Porteous, of Philadelphia, Pa., on the brief), for Globe Indemnity Co.

Before BIGGS, JONES, and GOODRICH, Circuit Judges.

PER CURIAM.

The judgment of the court below is affirmed.

BEMIS BRO. BAG CO., Libellant-Appellee, v. LEE & SIMMONS, Inc., the Steamtug "JACK FROST," her Engines, etc., and the Barge "LINCOLN," her tackle, etc., Claimant-Respondent-Appellee, and M. V. "Empire Attendant," Respondent-Impleaded-Appellant.

SIMMONS, LEE CORPORATION, as Owner of the Barge "LINCOLN," Libellant-Appellee, v. The M. V. "EMPIRE ATTENDANT," her Engines, etc., Respondent-Appellant, and The Steamlighter "JACK FROST," Respondent-Impleaded-Appellee.

Nos. 125, 126.

Circuit Court of Appeals, Second Circuit.

Dec. 29, 1942.

Lord, Day & Lord, of New York City (Thomas F. Daly and Henry C. Blackiston, Jr., both of New York City, of counsel), for M. V. "Empire Attendant," respondent-impleaded appellant and respondent-appellant.

Hagen & Eidenbach, of New York City (Charles W. Hagen and Henry C. Eidenbach, both of New York City, of counsel), for libellant Simmons, Lee Corporation, and for appellee, Lee & Simmons, Inc., claimant of the steamlighter "Jack Frost".

Bigham, Englar, Jones & Houston, of New York City (Richard F. Shaw, of New York City, of counsel), for libellant-appellee Bemis Bro. Bag Co.

Before AUGUSTUS N. HAND, CLARK, and FRANK, Circuit Judges.

PER CURIAM.

Decrees affirmed on opinion below.

John CHLIPALA and Helen Chlipala, His Wife, v. A. A. MORRISON & COMPANY, Inc., appellant.

No. 8120.

Circuit Court of Appeals, Third Circuit.

Argued Dec. 23, 1942.

Decided Dec. 30, 1942.

Frank M. Walsh, of Scranton, Pa., for appellant.

Joseph T. McDonald, of Scranton, Pa. (Carl J. Burke, of Pittston, Pa., on the brief), for appellees.

Before BIGGS, MARIS, and JONES, Circuit Judges.

PER CURIAM.

The judgment of the court below is affirmed upon the opinion of Judge Watson, 44 F.Supp. 894.